| | |
|---|---|
| 1 | THEODORE J. BOUTROUS JR., SBN 132099 |
| 2 | tboutrous@gibsondunn.com<br>ABBEY HUDSON, SBN 266885 |
| 3 | ahudson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 4 | 333 South Grand Avenue<br>Los Angeles, CA  90071-3197 |
| 5 | Telephone:   213.229.7000<br>Facsimile:    213.229.7520 |
| 6 | PETER S. MODLIN, SBN 151453 |
| 7 | pmodlin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 8 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921 |
| 9 | Telephone:   415.393.8200<br>Facsimile:    415.393.8306 |
| 10 | THOMAS A. MANAKIDES, SBN 229119 |
| 11 | tmanakides@gibsondunn.com<br>JOSEPH D. EDMONDS, SBN 297984 |
| 12 | jedmonds@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 13 | 3161 Michelson Drive<br>Irvine, CA  92612-4412 |
| 14 | Telephone:   949.451.3800<br>Facsimile:    949.451.4220 |

Attorneys for Defendant THE BOEING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. BHX000765B as subrogees of Mehdi Bolour and Yassaman Bolour,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY; EDISON INTERNATIONAL; THE BOEING COMPANY; and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE NO.  2:20-cv-00582<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT THE BOEING COMPANY**<br><br>**Fed. R. Civ. P. 7.1**<br><br>[Removal from the Superior Court of the State of California, Los Angeles County, Case No. 20STCV01073] |

Gibson, Dunn & Crutcher LLP

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of
2  record for Defendant The Boeing Company certifies the following:
3      The Boeing Company does not have any parent corporation, nor does any
4  publicly held company own 10% or more of the stock of The Boeing Company.
5
6  Dated:  January 21, 2020        GIBSON, DUNN & CRUTCHER LLP
7
8          By:  /s/ *Thomas A. Manakides*
9          Theodore J. Boutrous Jr.
        Peter S. Modlin
10         Thomas A. Manakides
        Abbey Hudson
11         Joseph D. Edmonds
12         Attorneys for Defendant THE BOEING COMPANY
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, Cynthia Martinez, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson, Irvine, CA 92612, in said County and State. On January 21, 2020, I served the following document(s):

**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT THE BOEING COMPANY**

on the parties stated below, by the following means of service:

Paul J. Leeds, Esq.
Maggie E. Schroedter, Esq.
Jamie M. Ritterbeck, Esq.
Higgs Fletcher & Mach KKP
401 West "A" Street, Ste. 2600
San Diego, CA 92101-7913
Tel.: 619.236.1551 / Fax: 619.696.1410

*Attorneys for Plaintiffs*

Doug Skierski
Kristin H. Jain
Skierski Jain PLLC
400 North Saint Paul Street, Ste. 510
Dallas, TX 75201
Tel.: 214.446.0330 / Fax: 214.446.0322

*Attorneys for Plaintiffs*

Douglas J. Dixon
Andrew K. Walsh
Jennifer Hayden
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014

*Attorneys for Southern California Edison Company and Edison International*

Cristina E. Limon
2244 Walnut Grove Avenue
Rosemead, CA 91770

*Agent for Service of Process for Southern California Edison Company and Edison International*

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2020.

*/s/ Cynthia Martinez*
Cynthia Martinez

Gibson, Dunn & Crutcher LLP