NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
THOMAS A. MANAKIDES, SBN 229119
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA, 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220
Email: tmanakides@gibsondunn.com
ATTORNEY(S) FOR: Defendant The Boeing Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. BHX000765B as subrogees of Mehdi Bolour and Yassaman Bolour,
Plaintiff(s),
v.

SOUTHERN CALIFORNIA EDISON COMPANY; EDISON INTERNATIONAL; THE BOEING COMPANY; and DOES 1 through 50, inclusive.
Defendant(s).

CASE NUMBER: 2:20-cv-00582

Removal from the Superior Court of the State of California, Los Angeles County, Case No. 20STCV01073

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   The Boeing Company
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. BHX000765B as subrogees of Mehdi Bolour and Yassaman Bolour | Plaintiff |
| SOUTHERN CALIFORNIA EDISON COMPANY | Defendant |
| EDISON INTERNATIONAL | Defendant |
| THE BOEING COMPANY | Defendant |
| DOES 1-50 | Defendant |

January 21, 2020
Date

/s/ Thomas A. Manakides
Signature
Thomas A. Manakides

Attorney of record for (or name of party appearing in pro per):

The Boeing Company

CV-30 (05/13)            NOTICE OF INTERESTED PARTIES



# PROOF OF SERVICE

I, Cynthia Martinez, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson, Irvine, CA 92612, in said County and State. On January 21, 2020, I served the following document(s):

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the parties stated below, by the following means of service:

Paul J. Leeds, Esq.
Maggie E. Schroedter, Esq.
Jamie M. Ritterbeck, Esq.
Higgs Fletcher & Mach KKP
401 West "A" Street, Ste. 2600
San Diego, CA 92101-7913
Tel.: 619.236.1551 / Fax: 619.696.1410

*Attorneys for Plaintiffs*

Doug Skierski
Kristin H. Jain
Skierski Jain PLLC
400 North Saint Paul Street, Ste. 510
Dallas, TX 75201
Tel.: 214.446.0330 / Fax: 214.446.0322

*Attorneys for Plaintiffs*

Douglas J. Dixon
Andrew K. Walsh
Jennifer Hayden
Hueston Hennigan LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014

*Attorneys for Southern California Edison Company and Edison International*

Cristina E. Limon
2244 Walnut Grove Avenue
Rosemead, CA 91770

*Agent for Service of Process for Southern California Edison Company and Edison International*

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2020.

*[signature]*
Cynthia Martinez